*Henry C. Roney,* for plaintiff.

*W. Inman Curry,* for defendant.

---

CASE THRESHING MACHINE COMPANY *v.* THURMOND.

LUMPKIN, J. 1. If the counter-claim set up against the plaintiff by the defendant in his plea be treated as one arising ex contractu, it was the subject-matter of set-off. If it be treated as one arising ex delicto, it was alleged that the plaintiff was a non-resident corporation, and that he should be allowed to plead an equitable set-off. In either event, there was no error in refusing to strike the plea on the ground that it sought to set off damages for a tort against a suit on a contract. See, in this connection, *Bibb Land-Lumber Co.* v. *Lima Machine Works,* 104 *Ga.* 116 (30 S. E. 676, 31 S. E. 401); *Hecht* v. *Snook,* 114 *Ga.* 921, 924-5 (41 S. E. 74); *Arnold* v. *Carter,* 125 *Ga.* 319-325 (54 S. E. 177).

2. There was sufficient evidence to support the verdict, and there was no error in overruling the motion for a new trial.

*Judgment affirmed. All the Justices concur.*

AUGUST 11, 1915.

Complaint. Before Judge Walker. Wilkes superior court. June 15, 1914.

*C. E. Sutton,* for plaintiff.

*Colley & Colley,* for defendant.